No. 535. ALMOND A. WHITE, PLAINTIFF IN ERROR, *v.* SIDNEY L. WRIGHT ET AL. Error to the Supreme Court of the State of Minnesota. Motion to dismiss submitted April 6, 1903. Decided April 13, 1903. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Haseltine* v. *Bank*, 183 U. S. 130; *Insurance Company* v. *Kirchoff*, 160 U. S. 374; *Meagher* v. *Manufacturing Company*, 145 U. S. 611. *Mr. Orville Rinehart* for plaintiff in error. *Mr. Leon E. Lum* and *Mr. Jed L. Washburn* for defendants in error.

---

No. 242. FREDERICK D. SCHULTE ET AL., PLAINTIFFS IN ERROR, *v.* AUGUST HEMAN. Error to the Supreme Court of the State of Missouri. Argued and submitted April 16, 1903. Decided April 20, 1903. *Per Curiam.* Judgment affirmed with costs, on the authority of *Shumate* v. *Heman*, 181 U. S. 402; *French* v. *Barber Asphalt Paving Company*, 181 U. S. 324; *Chadwick* v. *Kelly*, 187 U. S. 540; *Fallbrook Irrigation District* v. *Bradley*, 164 U. S. 112. See *Heman* v. *Schulte*, 166 Missouri, 409. *Mr. William B. Thompson* for plaintiffs in error. *Mr. Hickman P. Rodgers* for defendant in error.